# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN DARIO PERLAZA,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | Case No. 1:24-cv-00693-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE COPY OF PETITIONER'S PURPORTED FINAL ORDER OF REMOVAL |

Petitioner Ruben Dario Perlaza is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging a Federal Bureau of Prisons' policy of refusing to allow prisoners with immigration detainers to earn and/or apply First Step Act ("FSA") time credits ("ETCs"). (ECF No. 1.)

Respondent has moved to dismiss the petition, arguing, *inter alia*, that "Petitioner is jurisdictionally and statutorily barred from FSA ETC sentence-offsets due to the final order of removal from another federal court." (ECF No. 15 at 3.[1]) In a declaration in support of the motion to dismiss, a Paralegal Specialist declares that U.S. Immigration and Customs Enforcement have "provided Petitioner's final order of removal, which I have reviewed" and thus, Petitioner "is ineligible to apply his time credits." (ECF No. 15-1 at 3.) However, Respondent has not provided the Court with a copy of the purported final order of removal itself.

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of the date of this order, Respondent SHALL FILE a copy of Petitioner's purported final order of removal. See Rule 7(a), Rules Governing Section 2254 Cases in the United States District Courts ("Habeas Rules") ("If the petition is not dismissed, the judge may direct the parties to expand the record by submitting additional materials relating to the petition.").[2]

2. Within fourteen (14) days of the filing of the copy of the final order of removal, Petitioner may file a response. See Habeas Rule 7(c) ("The judge must give the party against whom the additional materials are offered an opportunity to admit or deny their correctness.").

IT IS SO ORDERED.

Dated:  **September 25, 2024**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

---

[2] The Rules Governing Section 2254 Cases may apply to § 2241 habeas petitions. See Habeas Rule 1(b).

2