## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN DARIO PERLAZA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　Respondent. | Case No. 1:24-cv-00693-EPG-HC<br><br>ORDER GRANTING PETITIONER'S REQUEST<br><br>(ECF No. 20)<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL SEALED DOCUMENTS TO PETITIONER |

　　　　Petitioner Ruben Dario Perlaza is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　On September 26, 2024, the Court ordered Respondent to file a copy of Petitioner's purported final order of removal. (ECF No. 16.) On October 4, 2024, Respondent filed a notice of filing Petitioner's final order of removal and a notice of request to seal documents. (ECF Nos. 17, 18.) On October 15, 2024, the Court granted Respondent's request to seal. (ECF No. 19.)

　　　　On October 21, 2024, Petitioner filed the instant request for service of the sealed documents because he is incarcerated and does not have electronic access to said documents. (ECF No. 20.)

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request (ECF No. 20) is GRANTED;
2. The Clerk of Court is DIRECTED to mail copies of the sealed documents (ECF Nos. 21, 22) to Petitioner; and

3. Within fourteen (14) days of the date of service of this order, Petitioner may file a response regarding the sealed documents. <u>See</u> Habeas Rule 7(c) ("The judge must give the party against whom the additional materials are offered an opportunity to admit or deny their correctness.").

IT IS SO ORDERED.

Dated:   **October 30, 2024**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2